UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL L. PADILLA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVIS, *et al.*,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01427-AWI-JDP<br><br>ORDER ON FINDINGS AND RECOMMENDATION AND REQUIRING PAYMENT OF FILING FEE<br><br>ECF Nos. 4, 5 |

　　　　Plaintiff Ismael L. Padilla is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 24, 2018, the Magistrate Judge issued findings and recommendations that plaintiff's *in forma pauperis* application, (ECF No. 4), be denied. (ECF No. 5.) Plaintiff was given fourteen days to object to the findings and recommendations, but he filed none.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations (ECF No. 5) to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on October 24, 2018 (ECF No. 5) are adopted in full;

1

2. Plaintiff's *in forma pauperis* application (ECF No. 4) is denied;

3. Plaintiff is required to pay the $400 filing fee in full within twenty-one days of this order; and

4. If plaintiff fails to pay the $400 filing fee in full within twenty-one days of this order, all pending motions will be terminated and this action will be dismissed without prejudice and without further notice.

IT IS SO ORDERED.

Dated: April 2, 2019

_____
SENIOR DISTRICT JUDGE