UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL L. PADILLA,<br><br>    Plaintiff,<br><br>v.<br><br>LORIE DAVIS and GIVINGS,<br><br>    Defendants. | Case No. 1:18-cv-01427 AWI JDP<br><br>ORDER CLOSING CASE |

    Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff is a 3-striker under the Prison Litigation Reform Act, which means that he cannot proceed in this action without prepayment of his filing fee. *See* 28 U.S.C. § 1915(g). On April 3, 2019, the court denied plaintiff's motion to proceed *in forma pauperis* and ordered him to pay his filing fee within 21 days. *See* ECF No. 6. Plaintiff was warned that failure to pay the filing fee would result in termination of all pending motions and dismissal of this action without further notice. *See id.* Plaintiff failed to comply with that order, and the deadline to pay his filing fee has now passed. Therefore, pursuant to the Court's prior order, the Court will dismiss this case.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice;

2. All pending motions, ECF Nos. 2, 3, are terminated; and

3. The clerk is directed to close this case.

IT IS SO ORDERED.

Dated: June 10, 2019

_____
SENIOR DISTRICT JUDGE